OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 It was permissible to join the two robberies in a single indictment because the offenses were "the same or similar in law” (CPL 200.20, subd 2, par [c]). The defendant’s motion to sever was addressed to the trial court’s discretion (CPL 200.20, subd 3). On this record it cannot be said that the court abused
 
 *983
 
 its discretion as a matter of law in denying the defendant’s motion for a severance.
 

 Chief Judge Cooke and Judges Jasen, Gabeielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.